UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR03-479-JCC |
| v. | ) **PROPOSED FINDINGS OF FACT** |
| | ) **AND DETERMINATION AS TO** |
| TIMOTHY A. HOTCHKISS, | ) **ALLEGED VIOLATIONS OF** |
| | ) **SUPERVISED RELEASE** |
| Defendant. | ) |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 28, 2010. The defendant appeared pursuant to a summons issued in this case. The United States was represented by James D. Oesterle, and defendant was represented by Daron Morris. Also present was U.S. Probation Officer Carol Chavez. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on June 14, 2004 by the Honorable John C. Coughenour for Mail Fraud. He received 5 years probation with standard and special conditions. On May 23, 2008, defendant's probation term was revoked following the Court's finding that he committed eight alleged violations. Defendant's sentence was modified to 6 months detention with credit for time served followed by 2 years supervised release to include the same standard and special

conditions as previously imposed.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated December 21, 2009, Senior U.S. Probation Officer Mark Okano alleged that defendant violated the following conditions of supervised release:

1. Maintaining employment in real estate without prior approval of the U.S. Probation Office, in violation of a special condition.
2. Failing to keep the probation officer advised at all times of the nature and detail of employment, in violation of a special condition.
3. Failing to notify the probation officer at least ten days prior to any change in residence or employment, in violation of standard condition 6.
4. Failing to disclose all assets and liabilities and failing to consult with the probation officer before transferring, selling, or otherwise conveying any asset, in violation of a special condition.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

The government withdrew violations 1 through 3. Defendant admitted to violation 4, waived any hearing as to whether it occurred, and was informed the matter would be set for a disposition hearing on February 12, 2010, 9:00 a.m. before District Judge John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 28th day of January, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2